IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD BUSH, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-5631 |
| | : | |
| PHILADELPHIA REDEVELOPMENT UTHORITY, *et al.* | : | |
| | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 8th day of January, 2021, upon consideration of Plaintiff Gerald Bush's Motion to Proceed *In Forma Pauperis* (ECF No. 5), and his *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DISMISSED** as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to close this case.

4. No later than February 5, 2021, Bush shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages, stating why the Court should not enjoin him from filing any more civil actions concerning the identical, untimely allegations he has raised in this case as well as Civil Action No. 18-5659, namely claims based on Bush's alleged ownership or other interest in the property located at 5108 Chester Avenue in the City of Philadelphia and brought against the Philadelphia Redevelopment Authority and/or its employees.

BY THE COURT:

*/s/* **C. Darnell Jones, II**
**C. Darnell Jones, II   J.**