IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD BUSH,**<br><br>        *Plaintiff,*<br><br>  v.<br><br>**PHILADELPHIA REDEVELOPMENT AUTHORITY, et al.**,<br><br>        *Defendants.* | **Case No. 2:20-cv-05631-JDW** |

## ORDER

**AND NOW**, this 13th day of September, 2022, upon consideration of Plaintiff Gerald Bush's Permission To File Federal Rule Of Civil Procedure Rule 15 Amended Complaint Under 42 U.S.C. 1983 Fifth And Fourteenth Amendment Non-Possessory Interest Right (ECF No. 17), his Correction Brief (ECF No. 18), and his Supplemental Amendment Res-Judicata And Preclusion Special Relationship And Negligence Claims (ECF No. 22), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** as follows:

    1.    Mr. Bush's various submissions at ECF No. 17, 18, and 22, which the Court construes as a Motion to Amend his Complaint, are **DENIED**;

    2.    Mr. Bush's Permission to File Summary Judgment Federal Rule Of Civil Procedure Rule 56(a) Under 42 U.S.C. 1983 Fifth And Fourteenth Amendment Non-Possessory Interest Right (ECF No. 19) is **DENIED AS MOOT**; and

3. Mr. Bush's Motion For Court To Answer Amended Complaint Under Fed. R. Civ. P. 15 (ECF No. 25) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J